IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Criminal Case No. 05-cr-00079-LTB

UNITED STATES OF AMERICA,
        Plaintiff,
v.

6.    OLEG BALABANOV,
8.    VALERY TOZLIYAN
        Defendants.

_____

**ORDER**
_____

A hearing was held in court today to address discovery motions by defendants Oleg Balabanov ("Balabanov) and Valery Tozliyan ("Tozliyan.")

The motion for preservation of recordings and notes (Docket # 160) is GRANTED, as confessed.

The motion for discovery (Docket # 161) is held in abeyance, but the Government shall provide to defendants the criminal histories of any Government witnesses.

The motion for disclosure of *Brady* materials (Docket # 162) is GRANTED.

The motion for disclosure of materials under Fed. R. Evid. 404(b) and Fed. R. Evid. 609 (Docket # 163) is GRANTED, and the Government shall make these disclosures not later than 21 days before trial.

The motion for disclosure of any promises of immunity, leniency or preferential treatment (Docket # 165) is GRANTED, and the Government shall make these disclosures not later than 21 days before trial.

The motion for notice of intent to introduce evidence under Fed. R Evid. 807 (Docket #

168) is GRANTED, and the Government shall make this disclosure not later than 21 days before trial.

The motion for notice of intent to use evidence under Fed. R. Crim. P. 12(b)(4)(B) (Docket # 169) is GRANTED, and the Government shall make this disclosure not later than 21 days before trial.

The motion for notice of intent to call expert witnesses and discovery pursuant to Fed. R. Crim. P. 16(a)(1)(D) and (E) (Docket # 170) is GRANTED, and the Government shall make these disclosures no later than 21 days before trial.

The motion for production of *Bruton* materials and Fed. R. Evid. 801(d)(2)(E) materials and for a pre-trial determination of the admissibility of alleged co-conspirator statements (Docket # 167) is GRANTED. The Government shall provide a *James* proffer consisting of a *prima facie* showing of the conspiracy, the duration of the conspiracy, the identity of the co-conspirators and those statements the Government will proffer made in furtherance of the conspiracy. This written *James* proffer is due not later than April 14, 2006. Defendants' response to this *James* proffer is due not later than April 28, 2006.

A hearing on Tozliyan's motion to suppress statements (Docket # 164) is set for Friday May 5, 2006 at 9:00 am.

**DONE and ORDERED,** this ___24th___ day of March, 2006 at Denver, Colorado.

                                                            s/Lewis T. Babcock
                                                     United States District Chief Judge